KELLEY J. SHARKEY

Attorney at Law



26 Court Street - Suite 2805
Brooklyn, New York  11242
Tel: (718) 858-8843
Fax: (718) 875-0053

October 5, 2020

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*George B Daniels*
George B. Daniels, U.S.D.J.

Dated: [OCT 0 7 2020

Re.: United States v. Nikolay Tupikin
18 Cr 509 (GBD)

Dear Judge Daniels:

I represent Nikolay Tupikin, he is scheduled to take a plea on Thursday October 8, 2020. Since the onset of the Covid 19 pandemic, I have been conferring with Mr. Tupikin by phone utilizing the services of court authorized Russian interpreter Yanna Yagoureev. I respectfully request that the Court recommend Ms. Yagoureev as the translator for this Thursday's plea proceeding. Ms. Yagoureev is a certified Russian interpreter for 20 years and is on the SDNY roster of certified court interpreters. She has appeared hundreds of times in the SDNY in this capacity. I have spoken with AUSA Hellman about this request and he has no objections. Thank you.

Respectfully,

_____/S/_____

Kelley J. Sharkey

cc: AUSA Matthew Hellman