UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
UNITED STATES OF AMERICA,

against-

NIKOLAY TUPIKIN,

                    Defendant.
---------------------------------------------------X



ORDER

18 cr.509 (GBD)

      Upon the application of Kelley J. Sharkey the attorney for the above-named defendant, and upon all the proceedings previously submitted herein, it is:

      ORDERED, that the Bureau of Prisons M.D.C. Brooklyn, provide the defendant NIKOLAY TUPIKIN inmate id. 76737-112, with needed dental services within the next three weeks from the date noted below.

Dated: JAN 27 2021
New York, New York

                                            _George B. Daniel_
                                          Honorable George B. Daniels
                                          United States District Chief Judge