UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

-against-

NIKOLAY TUPIKIN,

Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

18 Cr. 509 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 1 8 2021

GEORGE B. DANIELS, United States District Judge:

The defendant in the above-captioned case is sentenced to time served.

Dated: New York, New York
March 18, 2021

SO ORDERED.

GEORGE B. DANIELS
United States District Judge